# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2017 NOV 28 P 3:27
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Cynthia Clara Adams

v.

(Full name of defendant(s))

Thermo Fisher Scientific, Inc.

Case Number:

**17-C-1669**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __628 S. 60th St Apt #4   Milwaukee__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Thermo Fisher Scientific, Inc.__
   (Name)
   is (if a person or private corporation) a citizen of __Massachusetts__

Complaint – 1

Case 2:17-cv-01669-WED   Filed 11/28/17   Page 1 of 5   Document 1

and (if a person) resides at see attached sheet from (State, if known)
defendants lawyer (Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for Thermo Fisher Scientific  S84W 18740 Enterprise Dr Muskego WI 53150
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I am the Plaintiff in this complaint, Cynthia C. Adams. I began my employment with the defendant in Jan. 1999, and was employed at defendants WI Branch as Lead Shipping Clerk for 7 years.

On Feb. 20, 2013 without warning they eliminated the Distribution Supervisors position and terminated my bosses. On that day I assumed her responsibilities and maintaned my own

Complaint – 2

till the day of my termination Sept 3, 2014.

While my duties as both Lead and Supervisor were greater than all the younger, male leads at the 5 other branches (Conn., Kentucky, Georgia, Ca, and Tx) with Supervisors present... I was not paid more. I am aware that defendant posted a "Supervisor Distribution" opening on Sept. 2, 2014, thus intending to replace me.

I believe defendant discriminated against me on the bases of age (57) and sex (female)... taking advantage of me.

Our WI Branch closed March 2017 and had a Supervisor and Lead.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be awarded $75,000.00. For doing 2 peoples job from 2-20-13 till 9-3-14 and all the stress my company put me through. Thermo Fisher Scientific should care more about people than numbers and money. WI Branch was in top 2 branches as far as productivity and low complaints in my 16 years there and rec'd more bonuses than any branch in my reign as lead,

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __28th__ day of __November__ 20__17__.

Respectfully Submitted,

__Cynthia C. Adams__
Signature of Plaintiff

__(262) 309-1556__
Plaintiff's Telephone Number

__ccadams519@gmail.com__
Plaintiff's Email Address

__628 S. 60th St__

__Milwaukee, WI   53214__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.